**Order entered July 13, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00697-CV

### ROCKY V. EMERY, Appellant

### V.

### HILLTOP SECURITIES, INC., Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-03103**

## ORDER

Before the Court is appellant's July 12, 2018 first unopposed motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than August 6, 2018.

/s/    DAVID EVANS
          JUSTICE